# UNITED STATES OF AMERICA
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION
## Case No: 4:20-CR-17-1D

**UNITED STATES OF AMERICA**

vs.                                                             **ORDER**

**KALID KORON OCEAN-AVENT**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on January 25, 2021 be turned over to Special Agent <u>Wade Butler</u> to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
| --- | --- |
| 1 | Firearm (Smith & Wesson, Model SW40VE) |
| 2 | Firearm (Taurus, Model PT99) |

This 25th day of January, 2021.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____ #6138