IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-00017-D

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | ORDER |
| | : | |
| KALID KORON OCEAN-AVENT | : | |

This matter comes now before this court on motion of the United States to order the disposition of a firearm associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Rocky Mount Police Department to dispose of the Smith & Wesson .40 caliber, Model SW40VE, bearing serial number RBA3855, and any and all related ammunition, by destruction, incapacitation, or other means in accordance with its regulations, when no longer needed as evidence.

This the 18 day of May, 2021.

JAMES C. DEVER III
United States District Judge